Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of West Virginia**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Williamson Renaissance Development Inc.** | |
| 2. All other names debtor used in the last 8 years | | |
| Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 2 0 – 8 1 9 6 6 6 0 | |

4. Debtor's address

**Principal place of business**

_____
**31 East 2nd Avenue**
Number    Street

**Williamson, WV 25661**
City                State    ZIP Code

**Mingo**
County

**Mailing address, if different from principal place of business**

**PO Box 2076**
_____
Number    Street

**Williamson, WV 25661**
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
_____
Number    Street

_____
City                State    ZIP Code

5. Debtor's website (URL)    _____

6. Type of debtor
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Williamson Renaissance Development Inc.**  Case number (if known) _____
Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **Jody Lee Gooslin II**   Relationship **VP, owns 20%**
District **Southern District of West Virginia**   When **6/16/2025**
                                                          MM / DD / YYYY
Case number, if known **25-20129**

Debtor　　**Williamson Renaissance Development Inc.**　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | Check all that apply:<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　　　　　　　　　　　Number　　Street<br>_____<br>_____<br>City　　　　　　　　　　State　　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor __Williamson Renaissance Development Inc.__  Case number (if known) _____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09.08.2025__
           MM/ DD/ YYYY

X _____  Printed name __Jody Gooslin__
Signature of authorized representative of debtor

Title __Vice President__

**18. Signature of attorney**

X _____  Date __09/08/2025__
Signature of attorney for debtor            MM/ DD/ YYYY

__Emmett Pepper__
Printed name

__Pepper and Nason__
Firm name

__8 Hale Street__
Number    Street

__Charleston__   __WV__   __25311__
City             State    ZIP Code

__(304) 346-0361__            __ryand@peppernason.com__
Contact phone                 Email address

__12051__          __WV__
Bar number         State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In
Re: <u>Williamson Renaissance Development Inc.</u>          Case No. _____
                                                            Chapter __11_____
                        Debtor.

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Christopher D. Beckett, declare under penalty of perjury that I am the President of Williamson Renaissance Development Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the <u>5th</u> day of <u>September</u>, 2025.

Whereas it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Jody Gooslin, **Vice-President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved that Jody Gooslin, **Vice-President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved that Jody Gooslin, **Vice-President** of this Corporation is authorized and directed to employ **Emmett W. Pepper**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case.

Date __9.8.25__                         Signed: _____
                                                Christopher D. Beckett, President

Date __9.8.25__                         Signed: _____
                                                Jody Gooslin, Vice-President

Resolution of Board of Directors of
**Williamson Renaissance Development Inc.,**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Jody Gooslin, **Vice-President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation;

Be It Further Resolved that Jody Gooslin, **Vice-President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, on this the 5th day of September, 2025, Jody Gooslin, **Vice-President** of this Corporation is authorized and directed to employ **Emmett W. Pepper**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case.

Signed: _____
**President**

Signed: _____
**Vice-President**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re   Williamson Renaissance Development Inc.

Case No. _____

**Debtor**

Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................................... $17,262.00

   Prior to the filing of this statement I have received ................................................................ $17,262.00

   Balance Due ............................................................................................................................ $0.00

2. ___$1,738.00___ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor       ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor       ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Any adversary proceeding; any adverse contested matter of any sort; any actions under §523 or §727; or conversion to another chapter.

Page 1 of 2

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/8/2025
*Date*

Emmett Pepper
*Signature of Attorney*

Bar Number: 12051
Pepper and Nason
8 Hale Street
Charleston, WV 25311
Phone: (304) 346-0361

**Pepper and Nason**
*Name of law firm*

**Appalachian Made**
31 East 2nd Ave.
Williamson, WV 25661


**Appalachian Management LTD Co.**
31 East 2nd Ave.
Williamson, WV 25661


**Christopher D. Beckett**
114 East Second Ave
Williamson, WV 25661


**Community Trust Bank**
346 North Mayo Trail
Pikeville, KY 41501


**Comprehensive Health Solutions, PLLC**
c/o Christopher D. Beckett
184 East 2nd Ave
Williamson, WV 25661

**Jody Gooslin**
187 Recreation Drive
Williamson, WV 25661


**Michael Thornsbury**
1717 W. Fourth Ave
Williamson, WV 25661


**Mountaineer Hotel Ltd. Co.**
31 East 2nd Ave
Williamson, WV 25661

**Jeffrey Simpkins**
23 Brooks Street
Williamson, WV 25661

Jeffrey Simpkins

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: **Williamson Renaissance Development Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 9.8.2025    Signature _____
                                              Authorized Signer